IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBEN GONZALES, | ) | 8:12CV10 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is granted, and, accordingly, that Plaintiff shall be allowed to proceed without payment of the filing fee.

January 10, 2012.                         BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge